# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HARRY SHAROD JAMES-EL, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 1:21CV934 |
| ERIC A. HOOKS, | ) ) | |
| Respondent. | ) ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 5, 2023, was served on the parties in this action. (ECF Nos. 25, 26.) Petitioner filed Objections to the Magistrate Judge's Recommendation, (*see* ECF No. 27).

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Dismiss, (ECF No. 19), is **GRANTED**, that the Petition, (ECF No. 6), is **DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order. This, the 12th day of May 2023.

/s/ Loretta C. Biggs
United States District Judge